UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------

PRIME INTL.                                             Docket Number: 13 CV 3473 (ALC)

       -against-                                      NOTICE OF REASSIGNMENT

BP
--------------------------------------------------------

The above-entitled action is:

[ X ] Reassigned to the Hon. ANDREW L. CARTER (ALC)
    [ ] Designated / [ X ] Redesignated Hon. SARAH NETBURN (SN),
Magistrate Judge

[ ] Reassigned Referral to Hon.                            ,Magistrate Judge

[ ] Reassigned Designation to Hon.                         ,Magistrate Judge

All further documents submitted in this action must bear the Judge's initials after the docket number

.

                                       Ruby J. Krajick
                                       Clerk of Court

Dated: 06/04/2013                              By:    PHYLLIS ADAMIK
                                                    Deputy Clerk